UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

at LEXINGTON

Civil Action No. 20-518-HRW

**DEBORAH MARGARET WYBO,**                **PLAINTIFF,**

v.

**JUDGMENT**

**KILOLO KIJAKAZI**
**COMMISSIONER OF SOCIAL SECURITY,**        **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.  the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.  the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.  this action is **STRICKEN** from the active docket of the Court.

This 21st day of December 2021.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge